Argued October 26, 1976, affirmed February 17, 1977

MONOGIOS, *Appellant,*

*v.*

PACIFIC POWER & LIGHT COMPANY,
*Respondent.*

(No. 10709, SC P-2492)

560 P2d 274

Walter T. Aho, Molalla, argued the cause for appellant. On the brief was James E. Bernstein, Oregon City.

George H. Corey, of Corey, Byler & Rew, Pendleton, argued the cause for respondent. On the brief was Marcus A. Wood, of Rives, Bonyhadi & Drummond, Portland.

Before Denecke, Chief Justice, and O'Connell,* Holman,** Howell and Bryson, Justices.

PER CURIAM.

---

*O'Connell, J., term expired January 3, 1977.

**Holman, J., did not participate in the decision in this case.

## PER CURIAM.

The controlling issue in this malicious prosecution case is whether the defendant had probable cause to institute criminal proceedings as a matter of law. The law is as stated in *Varner v. Hoffer,* 267 Or 175, 515 P2d 920 (1973). Viewing the evidence in a light most favorable to plaintiff, we find that the defendant reasonably believed the plaintiff acted in a manner which constitutes the offense of criminal mischief in the second degree.

Affirmed.